THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-00502-BO

MELINDA ROJAS, )
)
    Plaintiff, )
)
v. ) ORDER FOR PAYMENT OF
) ATTORNEY FEES UNDER THE
KILOLO KIJAKAZI, ) EQUAL ACCESS TO JUSTICE ACT
Acting Commissioner of Social Security, )
)
    Defendant. )
_____ )

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $8,300.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Charlotte W. Hall, and mailed to his office at P.O. Box 58129, Raleigh, NC 27658, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this __31__ day of October, 2023

                                                                                               _Terrence Boyle_
                                                                                  TERRENCE W. BOYLE
                                                                                  UNITED STATES DISTRICT JUDGE