IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-cv-502-BO

| MELINDA ROJAS, | ) | |
| --- | --- | --- |
| Plaintiff, | ) ) ) ) | |
| v. | ) ) | **ORDER** |
| LELAND DUDEK,<br>Acting Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) | |

This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $18,000.00 for attorney fees, representing less than 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. It also appearing that upon receipt of the 406(b) fee, Plaintiff's counsel shall pay Plaintiff the lesser EAJA fee of $8,300.00.

It is therefore ORDERED that the Commissioner of Social Security pay Plaintiff's counsel, Charlotte W. Hall, the sum of $18,000.00, sent to her office at P.O. Box 58129, Raleigh, North Carolina 27658, and that Plaintiff's counsel pay Plaintiff the sum of $8,300.00, and upon the payment of such sums, this case is dismissed with prejudice.

This the 2 day of May 2025,

_Terrence Boyle_
United States District Judge Terrence W. Boyle