UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


MELINDA ROJAS,                                    )
                                                  )
                              Plaintiff,           )
                                                  )
        v.                                         )        **JUDGMENT**
                                                  )
LELAND DUDEK,                                      )        5:22-CV-502-BO-BM
Acting Commissioner of Social Security,            )
                                                  )
                              Defendant.           )
                                                  )


Decision by Court.


**IT IS ORDERED, ADJUDGED AND DECREED** that the Commissioner of Social Security
pay Plaintiff's counsel, Charlotte W. Hall, the sum of $18,000.00, sent to her office at P.O. Box
58129, Raleigh, North Carolina 27658, and that Plaintiffs counsel pay Plaintiff the sum of
$8,300.00, and upon the payment of such sums, this case is dismissed with prejudice.


**This judgment filed and entered on May 2, 2025, and served on:**
Charlotte Williams Hall (via CM/ECF NEF)
Brittany Gigliotti (via CM/ECF NEF)
Samantha Zeiler (via CM/ECF NEF)
Cassia W. Parson (via CM/ECF NEF)
Natasha McKay (via CM/ECF NEF)


                                        PETER A. MOORE, JR., CLERK

May 2, 2025

                                         /s/ Lindsay Stouch
                                        By: Deputy Clerk